**Oscar Arturo RANGEL, Petitioner–Appellant**

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; Eric H. Holder, Jr., U.S. Attorney General, Respondents–Appellees.**

**No. 10–51225**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 18, 2013.

Oscar Arturo Rangel, Marion, IL, pro se.

**336**

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before KING, CLEMENT and HIGGINSON, Circuit Judges.

PER CURIAM: *

Oscar Arturo Rangel, federal prisoner # 34986–177, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to removal from the United States upon release from Bureau of Prisons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses.

As an initial matter, the Government's motion to dismiss the appeal as moot is denied. The motion for an extension of time is denied as unnecessary. We dispense with further briefing and affirm the district court's judgment. The petition is foreclosed by this court's decision in *Gallegos–Hernandez v. United States,* 688 F.3d 190, 192–93 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

AFFIRMED; MOTION TO DISMISS DENIED; MOTION FOR AN EXTENSION OF TIME DENIED AS UNNECESSARY.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.